JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE AVAKIAN, Representative of The Estate of ROBERT MCKINLEY, JR., deceased; and ROBERT MCKINLEY SR., an individual; MARGARET MCKINLEY, an individual, as legal heirs of ROBERT MCKINLEY, JR., Deceased,<br><br>    Plaintiff,<br><br>    vs.<br><br>**CARRIER CORPORATION**, individually and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, et al.,<br><br>    Defendants. | Case No.: 2:14-cv-00236-CAS (FFMx)<br><br>**ORDER OF DISMISSAL OF DEFENDANT CRANE CO.** |

PURSUANT to stipulation, it is so ordered that all claims which were asserted, or could have been asserted by Plaintiff LAURIE AVAKIAN against Defendant CRANE CO. and its wholly owned subsidiaries are hereby dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party is to bear its own fees, costs, and expenses.

IT IS SO ORDERED

DATED: April 8, 2014          BY: _/s/ Christine A. Snyder_____

                                                 United States District Court Judge